UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:12-cr-3

v.        HON.  PAUL L. MALONEY

JASON ERIC WARNER

        Defendant.
_____/

ORDER OF DETENTION

Defendant appeared before the undersigned on March 9, 2017, for an initial appearance on the Petition for Warrant or Summons for Offender Under Supervision dated February 28, 2017 (ECF #56).

Defendant was advised of the violations, penalties and his rights to probable cause hearing, detention hearing and to revocation hearing before a district judge, Defense counsel is investigating possible treatment opportunities for defendant and will notify the Court on how he wishes to proceed.

Defendant will be detained pending further proceedings in this matter..

IT IS ORDERED


Dated: March 13, 2017         /s/ Timothy P. Greeley
                                       TIMOTHY P. GREELEY
                                       UNITED STATES MAGISTRATE JUDGE