UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:12-cr-3

v.        HON. PAUL L. MALONEY

JASON ERIC WARNER,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On October 11, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 4 violations of the defendant's conditions of supervised release.

After defendant's arrest, an initial appearance was conducted on October 19, 2017, at which time the defendant was advised of the violations, his rights and penalties.

On August 6, 2018, the parties appeared before the undersigned for a revocation hearing and defendant submitted a waiver of his right to appear before a district judge.  At this time, the defendant admitted to all violations set forth in the petition.   Sentencing in this matter will take place before the undersigned on September 24, 2018 at 11:00 a.m.

For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth in violations #1, 2, 3 and 4 of the petition.

Date:  August 6, 2018        /s/ Timothy P. Greeley
        TIMOTHY P. GREELEY
        United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than seven days after the plea hearing.  See W.D. Mich. L.Cr.R. 11.1(d).