UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:12-cr-3.

v.        HON. PAUL L. MALONEY

Jason Eric Warner,

        Defendant.
_____/

**REPORT AND RECOMMENDATION**

On October 11, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 4 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on October 19, 2017.

On August 6, 2018 the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge. Thereafter, the defendant admitted to violations #1 through 4 as set forth in the petition. On August 22, 2018, the District Judge adopted this court's report and recommendation recommending that defendant did violate the conditions of supervised release as set forth in violations #1 through 4 of the petition.

On September 24, 2018 defendant appeared before the undersigned for sentencing.  For the reasons stated on the record, it is recommended that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date:  September 26, 2018                             /s/ Timothy P. Greeley
                                                       TIMOTHY P. GREELEY
                                                       United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).